UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONNA LYNN JOHNSON, | ) | CASE NO.:  24-60364-PMB |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE PAUL BAISIER |
| ------------------------------------------------------------------ | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| DONNA LYNN JOHNSON, | ) | |
| Respondent. | ) | |
| | ) | |
| ------------------------------------------------------------------ | ) | |

**MOTION TO DISMISS**

Melissa J. Davey, Trustee in the above styled matter, respectfully shows the Court as follo

1.      Pursuant to Debtor Chapter 13 Plan confirmed on March 27, 2025, Debtor is required to make payments in the amount of $4,700.00 to the Trustee.

2.      Debtor has failed to make the payments due under the Plan. The total amount due under the Plan is $30,675.00. Debtor has only paid a total of $19,125.00, resulting in a delinquency in the amount of $11,550.00 in violation of 11 U.S.C. §§1307(c)(1) and 1307(c)(6).

Wherefore, Trustee respectfully requests that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated: February 11, 2026

Prepared and Presented by:

/s/ Delaycee Rowland
Delaycee Rowland
Attorney for Chapter 13 Trustee
GA Bar No. 773359
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.:  24-60364-PMB |
| DONNA LYNN JOHNSON, | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |
| | ) | JUDGE PAUL BAISIER |
| | ) | |
| ----------------------------------------------------------------- | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| DONNA LYNN JOHNSON, | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |
| ----------------------------------------------------------------- | | |

**NOTICE OF HEARING ON MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Melissa J. Davey, Standing Chapter 13 Trustee, has filed a Motion to Dismiss (the "Motion") and related papers with the Court seeking an order dismissing the case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Dismiss at **9:25 AM on March 26, 2026,** in **Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303,** which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want to Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive S.W., Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: February 11, 2026

Prepared and Presented by:

/s/ Delaycee Rowland
Delaycee Rowland
Attorney for Chapter 13 Trustee
GA Bar No. 773359
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONNA LYNN JOHNSON, | ) | CASE NO.:  24-60364-PMB |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE PAUL BAISIER |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LIMBOCKER LAW FIRM, LLC


I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):

DONNA LYNN JOHNSON
616 APACHE TRL
WOODSTOCK, GA  30189

Dated: February 11, 2026

Prepared and Presented by:

/s/ Delaycee Rowland
Delaycee Rowland
Attorney for Chapter 13 Trustee
GA Bar No. 773359
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax
mail@13trusteeatlanta.com