UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )          CASE NO.:  24-60364-PMB
)
DONNA LYNN JOHNSON )          CHAPTER 13
)
DEBTOR. )          JUDGE PAUL BAISIER
)

**CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTOR'S
MOTION TO SELL REAL PROPERTY**

Comes now Melissa J. Davey, Standing Chapter 13 Trustee, and files this *Chapter 13 Trustee's Response to Debtor's Motion to Sell Real Property* , and respectfully shows the Court the following:

1.

Debtor's filed this case under Chapter 13 on October  1, 2024, and the Plan was confirmed on March 27, 2025. This Plan currently provides for payments in the amount of $4,700.00 per month, an applicable commitment period of sixty (60) months and a one hundred percent (100%) dividend to be paid to unsecured creditors.

2.

On February 12, 2026, Debtor filed a Motion to Sell Real Property (Doc. No. 53) ("the Motion").

3.

The Chapter 13 Trustee opposes the Debtor's Motion to Sell Real Property.

4.

The Motion requests approval for Debtor to sell real property at 380 Hickory Flay, Canton, GA 30114 for $250,000.00 to Zack Bobo Real Estate.  The terms of the agreement are for the Buyer to pay $65,500.00 at closing, the lienholder to be paid in full, and then pay the Debtor the remainder of the $184,500.00 over three years at 4% interest, with a monthly payment being around $5,447.18.   Debtor proposes to pay all monthly payments from the sale into her Chapter 13 case.

5.

However, a property sale for a similar sale arrangement was previously approved by the Court for property located at 376 Hickory Flat, Canton, GA 30114.   Pursuant to the Order entered at Doc. No. 48 on December 3, 2025, Debtor was to pay the remaining sale proceeds to the Trustee in installments of approximately $3,690.50 per month.

6.

Trustee shows that Debtor has not complied with the Doc. No 48 Order and has not remitted any additional funds regarding the prior property sale.

7.

For these reasons, the Trustee objects to the present Motion, asserting that authorizing another property sale—particularly one dependent on the Debtor's independent remittance of future payments to the Trustee—does not serve the best interests of the bankruptcy estate or its creditors. The Trustee is concerned that such an arrangement risks the loss of property equity without sufficient assurance of timely and complete payment, especially given the Debtor's previous noncompliance with a similar court order.

Wherefore, based on the foregoing, the Trustee respectfully requests that the Court deny the Debtor's Motion to Sell Real Property  and for such other and further relief as the Court deems just and proper.

Dated: March 11, 2026.

/s/

Delaycee Rowland
GA Bar No. 773359
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:          678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  24-60364-PMB |
| | ) | |
| DONNA LYNN JOHNSON | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE PAUL BAISIER |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's *Response to Debtor's Motion to Sell Real Property* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LIMBOCKER LAW FIRM, LLC

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):

DONNA LYNN JOHNSON
616 APACHE TRL
WOODSTOCK, GA  30189

Dated: March 11, 2026.

/s/ _____
Delaycee Rowland
GA Bar No. 773359
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:         678-510-1450
mail@13trusteeatlanta.com